

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2020

No. 04-20-00092-CV

Mitchell **PATTERSON**,
Appellant

v.

Gloria A. **PATTERSON**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10579
Honorable Laura Salinas, Judge Presiding

# O R D E R

On December 9, 2020, appellee filed a motion to dismiss this appeal. After consideration, we **DENY** appellee's motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2020.

_____
Michael A. Cruz,
Clerk of Court